AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
Middle District of Florida

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| JACK DYMOND LEACH | ) Case No. |
| | ) 3:25-mj- 1241-LLL |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ May 8, 2025 _____ in the county of _____ St. Johns _____ in the

_____ Middle _____ District of _____ Florida _____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2252(a)(4)(B) and (b)(2) | Possession of child pornography |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Benjamin J. Luedke, HSI Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: May 27, 2025 @ 4:44pm

_____
*Judge's signature*

City and state: _____ Jacksonville, Florida _____

Laura Lothman Lambert, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT

I, Benjamin J. Luedke, being duly sworn, hereby state as follows:

1.     I am a Special Agent (SA) with Homeland Security Investigations (HSI), the investigative arm of Immigration and Customs Enforcement (ICE), formerly known as the United States Customs Service. I have been assigned to the Office of the Assistant Special Agent in Charge, Jacksonville, Florida since August 2007. Prior to that, I was assigned to the Blaine, Washington office, beginning in July of 2002. I am a law enforcement officer of the United States and am thus authorized by law to engage in or supervise the prevention, detection, investigation or prosecution of violations of federal criminal law. I am responsible for enforcing federal criminal statutes under the jurisdiction of HSI, including violations of law involving the exploitation of children. I have attended the Basic Criminal Investigator School and the United States Immigration and Customs Enforcement Academy at the Federal Law Enforcement Training Center in Brunswick, Georgia, and I have received training in the area of Customs laws. In my capacity as a Special Agent, I have participated in numerous types of investigations during which I have conducted or participated in physical surveillance, undercover transactions and operations, historical investigations, extradition cases and other complex investigations. Prior to my employment with HSI, I worked as a federal police officer with the U.S. Capitol Police from June 2000 to March 2002. Since becoming a Special Agent, I have worked with experienced Special Agents and state and local law enforcement officers who also investigate child exploitation offenses.

2.    I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes that criminalize sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have served as case agent and have served as an undercover agent in online child exploitation cases. During the course of my investigations, I have worked closely with members of the local child exploitation task force comprised of agents and officers from HSI, the Federal Bureau of Investigation (FBI), the Florida Department of Law Enforcement (FDLE), the Jacksonville Sheriff's Office (JSO), the St. Johns County Sheriff's Office (SJSO), the Clay County Sheriff's Office (CCSO), and the Putnam County Sheriff's Office, among other agencies. These agencies routinely share information involving the characteristics of child sex offenders as well as investigative techniques and leads. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.    The statements contained in this affidavit are based on information I obtained from my personal observations as well as from records and information directly provided to me by other law enforcement officers and personnel.  This affidavit is being submitted for the limited purpose of establishing probable cause for

the filing of a criminal complaint, and I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that JACK DYMOND LEACH committed a violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2), that is, knowing possession of visual depictions of minors engaging in sexually explicit conduct.

4.    This affidavit is made in support of a criminal complaint against JACK DYMOND LEACH, that is, in St. Johns County, on or about May 8, 2025, in the Middle District of Florida, LEACH did knowingly possess a matter that contained visual depictions that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, by any means, when the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, and the visual depictions were of such conduct, and these depictions involved prepubescent minors in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

5.    On April 30, 2025, I applied for and obtained federal search warrants for LEACH's residence at 156 Alegria Circle, Saint Augustine, FL 32095 and business at 410 Paseo Reyes Dr St Augustine, FL 32095 from United States Magistrate Judge Samuel J. Horovitz in Case No. 3:25-mj-1203-SJH and 3:25-mj-1204-SJH, respectively. A copy of the supporting affidavit, which was the same for both warrants, is attached hereto as Exhibit 1, and the facts and information contained therein are hereby incorporated by reference.

3

6.      On May 8, 2025, I, together with other HSI agents, HSI Task Force Officers, and law enforcement officers, executed both federal search warrants. During the search of LEACH's residence, a Samsung Portable SSD T7 Hard Drive, model MU-PC2T0K, was discovered in LEACH's home office. I know from my training and experience that Samsung products are manufactured in Korea. In addition, I conducted open-source research on the make and model of the hard drive and the Samsung website also indicates it was manufactured in Korea.

7.      During subsequent forensic examination of the Samsung hard drive by an HSI Computer Forensic Analyst (CFA), child pornography was discovered. I have since reviewed the child pornography files and a description of one of the files is as follows:

File Name: imagetransfer.jpg

File Path: PFDMP\dl\imagetransfer.jpg

Description: This file is a color image depicting a pre-pubescent female child. The child is laying on her back on what appears to be a couch. The child is naked from the waist down, her shirt is pulled up to chest level, and her legs are spread thereby exposing her bare vagina. What appears to be an adult male's penis is in contact with the child's vagina attempting to penetrate the child's vagina.

I believe this is a prepubescent child due to the lack of breast development, overall size of the child's body, and lack of any visible pubic hair. Based on my training and experience, I believe the file depicts at least one minor engaged in sexually explicit conduct, and therefore constitutes child pornography, pursuant to 18 U.S.C. § 2256.

A Dell Inspiron laptop was also discovered in LEACH's home office and a thumbnail cache image of this same file was found on this laptop under the "jackd" user profile. A forensic review of the Dell laptop shows the Samsung hard drive had been connected to the device. Further, during my review of the files on the Samsung hard drive, I observed numerous additional files of child pornography, several of which depicted prepubescent children.

8.     Based upon the foregoing facts, I have probable cause to believe that on or about May 8, 2025, in St. Johns County, in the Middle District of Florida, JACK DYMOND LEACH, did knowingly possess a matter that contained visual depictions that had been produced using materials that had been shipped and transported in and affecting interstate and foreign commerce, by any means, when the production of the visual depictions involved the use of minors engaging in sexually explicit conduct, and

the visual depictions were of such conduct, and these depictions involved prepubescent minors in violation of 18 U.S.C. § 2252(a)(4)(B) and (b)(2).

_____
BENJAMIN J. LUEDKE, Special Agent
Homeland Security Investigations

Subscribed and sworn to before me this ___27th___ day of May, 2025, at Jacksonville, Florida.

_____
LAURA LOTHMAN LAMBERT
United States Magistrate Judge

6

# EXHIBIT 1

## AFFIDAVIT IN SUPPORT OF SEARCH WARRANTS

I, Benjamin J. Luedke, being duly sworn, hereby state as follows:

1.      I am a Special Agent (SA) with Homeland Security Investigations (HSI), the investigative arm of Immigration and Customs Enforcement (ICE), formerly known as the United States Customs Service. I have been assigned to the Office of the Assistant Special Agent in Charge, Jacksonville, Florida since August 2007. Prior to that, I was assigned to the Blaine, Washington office, beginning in July 2002. I am a law enforcement officer of the United States and am thus authorized by law to engage in or supervise the prevention, detection, investigation or prosecution of violations of federal criminal law. I am responsible for enforcing federal criminal statutes under the jurisdiction of HSI, including violations of law involving the exploitation of children. I have attended the Basic Criminal Investigator School and the HSI Academy at the Federal Law Enforcement Training Center in Brunswick, Georgia, and I have received training in the area of customs laws. In my capacity as a Special Agent, I have participated in numerous types of investigations during which I have conducted or participated in physical surveillance, undercover transactions and operations, historical investigations, extradition cases and other complex investigations. Prior to my employment with HSI, I worked as a federal police officer with the U.S. Capitol Police from June 2000 to March 2002. Since becoming a Special Agent, I have worked with experienced Special Agents and state and local law enforcement officers who also investigate child exploitation offenses.

2.    I have investigated and assisted in the investigation of criminal matters involving the sexual exploitation of children that constituted violations of 18 U.S.C. §§ 1591, 1594, 2251, 2252, 2252A, 2422, and 2423, as well as Florida state statutes that criminalize sexual activity with minors and other methods of child sexual exploitation. In connection with such investigations, I have served as case agent and as an undercover agent in online child exploitation cases. During the course of my investigations, I have worked closely with members of local child exploitation task forces comprised of agents and officers from HSI, the Federal Bureau of Investigation (FBI), the Florida Department of Law Enforcement (FDLE), the Jacksonville Sheriff's Office (JSO), the St. Johns County Sheriff's Office (SJSO), the Clay County Sheriff's Office (CCSO), and the Putnam County Sheriff's Office, among other agencies. These agencies routinely share information involving the characteristics of child sex offenders, as well as investigative techniques and leads. As a federal agent, I am authorized to investigate and assist in the prosecution of violations of laws of the United States, and to execute search warrants and arrest warrants issued by federal and state courts.

3.    This affidavit is based upon my personal knowledge, experience, and training, as well as other information developed during this investigation. Because this affidavit is being submitted for the limited purpose of establishing probable cause and securing search warrants, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause to believe that contraband, fruits, instrumentalities, other

2

items illegally possessed and evidence of violations of 18 U.S.C. §§ 1591, 1594, 2251, 2252, and 2252A are present in the locations to be searched.

4.    I make this affidavit in support of applications for search warrants for authority to search the premises located at 156 Alegria Circle, Saint Augustine, FL 32095 ("Subject Location 1") and 410 Paseo Reyes Dr, St Augustine, FL 32095 ("Subject Location 2"), as more particularly described in Attachments A-1 and A-2 respectively, as well as any computer, computer media, and electronic storage devices located in Subject Location 1 and Subject Location 2. I also request authority to seize any and all items listed in Attachments B-1 and B-2 as evidence, fruits, and instrumentalities of criminal activity specified herein. I also request that this Court authorize law enforcement officers to use the biometric features of Jack Dymond LEACH to access any electronic devices seized during the searches of the Subject Location 1 and Subject Location 2 in an attempt to unlock the device(s) for the purpose of executing the search authorized by these warrants.

## STATUTORY AUTHORITY

5.    This investigation concerns alleged violations of 18 U.S.C. §§ 1591,1594, 2251, 2252, and 2252A, relating to material involving the sexual exploitation of minors. Based upon my training and experience, as well as conversations with other experienced law enforcement officers, computer forensic examiners, and federal prosecutors, I know the following:

a.    18 U.S.C. § 1591 prohibits a person from knowingly recruiting, enticing, harboring, transporting, providing, obtaining, advertising, maintaining,

3

patronizing, or soliciting by any means a person, that has not attained the age of 18 years to engage in a commercial sex act. 18 U.S.C. § 1594 also makes it a crime to attempt to violate 18 U.S.C. § 1591.

      b.    18 U.S.C. § 2251(a) prohibits a person from employing, using, persuading, inducing, enticing, or coercing any minor to engage in, or having a minor assist any other person to engage in any sexually explicit conduct for the purpose of producing any visual depiction of such conduct or for the purpose of transmitting a live visual depiction of such conduct, if such person knows or has reason to know that such visual depiction will be transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, if that visual depiction was produced or transmitted using materials that have been mailed, shipped or transported in or affecting interstate or foreign commerce by any means, including by computer, or if such visual depiction has actually been transported or transmitted using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce.  It is also a crime to attempt to violate 18 U.S.C. § 2251(a).

      c.    18 U.S.C. § 2252(a) in pertinent part prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, possessing or accessing with intent to view any visual depiction of minors engaging in sexually explicit conduct using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, including by computer or mails.

d.     18 U.S.C. § 2252A(a) in pertinent part prohibits a person from knowingly transporting, shipping, receiving, distributing, reproducing for distribution, possessing, or accessing with intent to view any child pornography, as defined in 18 U.S.C. § 2256(8), using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, including by computer.

e.     18 U.S.C. § 2252(a)(1) prohibits a person from knowingly transporting or shipping using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce, including by computer or mails, any visual depiction of minors engaging in sexually explicit conduct. Under 18 U.S.C. § 2252(a)(2), it is a federal crime for any person to knowingly receive or distribute, by any means including by computer, any visual depiction of minors engaging in sexually explicit conduct using any means or facility of interstate or foreign commerce or that has been mailed or shipped or transported in or affecting interstate or foreign commerce. That section also makes it a federal crime for any person to knowingly reproduce any visual depiction of minors engaging in sexually explicit conduct for distribution using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce or through the mails. Under 18 U.S.C. § 2252(a)(4), it is also a crime for a person to knowingly possess or knowingly access with intent to view, one or more books, magazines, periodicals, films, or other materials which contain visual depictions of minors engaged in sexually explicit conduct that have been mailed, or have been shipped or transported using any means or facility of interstate or foreign commerce or in and affecting interstate or foreign

5

commerce, or which were produced using materials which have been mailed or so shipped or transported, by any means including by computer.

       f.    18 U.S.C. § 2252A(a)(1) prohibits a person from knowingly mailing, transporting, or shipping using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, any child pornography. 18 U.S.C. § 2252A(a)(2) prohibits a person from knowingly receiving or distributing any child pornography that has been mailed or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer. 18 U.S.C. § 2252A(a)(3) prohibits a person from knowingly reproducing child pornography for distribution through the mails or in or affecting interstate or foreign commerce by any means, including by computer. 18 U.S.C. § 2252A(a)(5)(B) prohibits a person from knowingly possessing or knowingly accessing with intent to view any book, magazine, periodical, film, videotape, computer disk, or other material that contains an image of child pornography that has been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer, or that was produced using materials that have been mailed, or shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or foreign commerce by any means, including by computer.

## DEFINITIONS

    6.    The following definitions apply to this affidavit:

6

    a.    "Child erotica," as used herein, means materials or items that are sexually arousing to persons having a sexual interest in minors but that are not, in and of themselves, illegal or that do not necessarily depict minors in engaged in sexually explicit conduct or in sexually explicit poses or positions.

    b.    "Child pornography," as used herein, includes the definitions in 18 U.S.C. § 2256(8) and 2256(9) (any visual depiction of sexually explicit conduct where (a) the production of the visual depiction involved the use of a minor engaged in sexually explicit conduct, (b) the visual depiction is a digital image, computer image, or computer generated image that is, or is indistinguishable from, that of a minor engaged in sexually explicit conduct, or (c) the visual depiction has been created, adapted, or modified to appear that an identifiable minor is engaged in sexually explicit conduct). *See* 18 U.S.C. §§ 2252 and 2256(2).

    c.    "Visual depictions" include undeveloped film and videotape, data stored on computer disk or by electronic means which is capable of conversion into a visual image, and data which is capable of conversion into a visual image that has been transmitted by any means, whether or not stored in permanent format. *See* 18 U.S.C. § 2256(5).

    d.    "Sexually explicit conduct" means actual or simulated (a) sexual intercourse, including genital-genital, oral-genital, anal-genital, or oral-anal, whether between persons of the same or opposite sex; (b) bestiality; (c) masturbation; (d) sadistic or masochistic abuse; or (e) lascivious exhibition of the genitals or pubic area of any persons. *See* 18 U.S.C. § 2256(2).

e.      "Computer," as used herein, is defined pursuant to 18 U.S.C. § 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high-speed data processing device performing logical, arithmetic or storage functions, and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

f.      "Computer hardware," as used herein, consists of all equipment which can receive, capture, collect, analyze, create, display, convert, store, conceal, or transmit electronic, magnetic, or similar computer impulses or data. Computer hardware includes any data processing devices (including, but not limited to, central processing units, internal and peripheral storage devices such as fixed disks, external hard drives, floppy disk drives and diskettes, and other memory storage devices); peripheral input/output devices (including, but not limited to, keyboards, printers, video display monitors, and related communications devices such as cables and connections), as well as any devices, mechanisms, or parts that can be used to restrict access to computer hardware (including, but not limited to, physical keys and locks).

g.      "Computer software," as used herein, is digital information which can be interpreted by a computer and any of its related components to direct the way they work. Computer software is stored in electronic, magnetic, or other digital form. It commonly includes programs to run operating systems, applications, and utilities.

h.      The terms "records," "documents," and "materials," as used herein, include all information recorded in any form, visual or aural, and by any means, whether in handmade form (including, but not limited to, writings, drawings,

8

paintings), photographic form (including, but not limited to, microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, photocopies), mechanical form (including, but not limited to, phonograph records, printing, typing) or electrical, electronic or magnetic form (including, but not limited to, tape recordings, cassettes, compact discs, electronic or magnetic storage devices such as floppy diskettes, hard disks, CD-ROMs, digital video disks (DVDs), personal digital assistants (PDAs), multimedia cards (MMCs), memory sticks, optical disks, printer buffers, smart cards, memory calculators, electronic dialers, or electronic notebooks, as well as digital data files and printouts or readouts from any magnetic, electrical or electronic storage device).

        i.     "Computer passwords and data security devices," as used herein, consist of information or items designed to restrict access to or hide computer software, documentation, or data. Data security devices may consist of hardware, software, or other programming code. A password (a string of alpha numeric characters) usually operates a sort of digital key to "unlock" particular data security devices. Data security hardware may include encryption devices, chips, and circuit boards. Digitally coded data security software may include programming code that creates "test" keys or "hot" keys, which perform certain pre-set security functions when touched. Data security software or code may also encrypt, compress, hide, or "boobytrap" protected data to make it inaccessible or unusable, as well as reverse the progress to restore it.

        j.     The "Internet" is a global network of computers and other electronic devices that communicate with each other. Due to the structure of the

Internet, connections between devices on the Internet often cross state and international borders, even when the devices communicating with each other are in the same state. Based on my training and experience, I know that the Internet and cellular telephones are facilities of interstate commerce.

        k.    "Internet Protocol address" or "IP address" refers to a unique number used by a computer to access the Internet and is associated with a physical address. IP addresses can be dynamic, meaning that the Internet Service Provider (ISP) may assign a unique and different number to a computer at different times that it accesses the Internet. IP addresses might also be static, if an ISP assigns a user's computer a particular IP address which is used each time the computer accesses the Internet.

        l.    "Wireless telephone" (or mobile telephone, or cellular telephone, or smart phone) is a handheld wireless device used for voice and data communication through radio signals. These telephones send signals through networks of transmitter/receivers, enabling communication with other wireless telephones or traditional "land line" telephones. A wireless telephone usually contains a "call log," which records the telephone number, date, and time of calls made to and from the phone. In addition to enabling voice communications, wireless telephones offer a broad range of capabilities. These capabilities include storing names and phone numbers in electronic "address books;" sending, receiving, and storing text messages and e-mail; taking, sending, receiving, and storing still photographs and moving video; storing and playing back audio files; storing dates, appointments, and other

information on personal calendars; and accessing and downloading information from the Internet. Wireless telephones may also include global positioning system ("GPS") technology for determining the location of the device. Many wireless telephones are minicomputers or "smart phones" with immense storage capacity.

m.    A "smart phone" is a portable device that combines mobile telephone and computing functions into one unit. They are distinguished from feature phones (mobile telephone with minimal features) by their stronger hardware capabilities and extensive mobile operating systems, which facilitate wider software, Internet (including web browsing over mobile broadband), and multimedia functionality (including music, video, cameras, and gaming), alongside core phone functions such as voice calls and text messaging.

n.    A "digital camera" is a camera that records pictures as digital picture files, rather than by using photographic films. Digital cameras use a variety of fixed and removable storage media to store their recorded images. Images can usually be retrieved by connecting the camera to a computer or by connecting the removable storage medium to a separate reader. Removable storage media include various types of flash memory cards or miniature hard drives. Most digital cameras also include a screen for viewing the stored images. This storage media can contain any digital data, including data unrelated to photographs or videos.

o.    A portable media player (or "MP3 Player" or iPod) is a handheld digital storage device designed primarily to store and play audio, video, or photographic files. However, a portable media player can also store other digital data.

11

Some portable media players can use removable storage media. Removable storage media include various types of flash memory cards or miniature hard drives. This removable storage media can also store any digital data. Depending on the model, a portable media player may have the ability to store very large amounts of electronic data and may offer additional features such as a calendar, contact list, clock, or games.

## COMPUTERS AND CHILD PORNOGRAPHY

7.      Based upon my training and experience, as well as conversations with other experienced law enforcement officers and computer forensic examiners, I know that computers and computer technology, and the use of smart phones, have revolutionized the way in which individuals interested in child pornography interact with each other. In the past, child pornography was produced using cameras and film (either still photography or movies). The photographs required darkroom facilities and significant skill to develop and reproduce the images. There were definable costs involved with the production of pornographic images, and to distribute these images on any scale required significant resources and significant risks. The photographs themselves were somewhat bulky and required secure storage to prevent their exposure to the public and/or law enforcement. The distribution of these wares was accomplished through a combination of personal contacts, mailings and telephone calls.

8.      The development of computers and smart phones, has radically changed the way that child pornographers manufacture, obtain, distribute and store their contraband. Computers and smart phones basically serve five functions in connection

12

with child pornography: access, production, communication, distribution, and storage.

9.     Child pornographers can now convert paper photographs taken with a traditional camera (using ordinary film) into a computer readable format with a device known as a scanner. Moreover, with the advent, proliferation and widespread use of digital cameras, images and videos can now be transferred directly from a digital camera onto a computer using a connection known as a USB cable or other device. Digital cameras, as well as smart phones such as the Apple iPhone, have the capacity to store images and videos indefinitely, and memory storage cards used in these cameras are capable of holding thousands of images and videos. A device known as a modem allows any computer to connect to another computer through the use of telephone, cable, or wireless connection. Electronic contact can be made to literally millions of computers around the world.

10.     The computer's ability to store images in digital form makes the computer itself an ideal repository for child pornography. The size of the electronic storage media, that is, the hard disk drive used in home computers has grown tremendously within the last several years. These hard disk drives can store hundreds of thousands of images at very high resolution.

11.     The World Wide Web of the Internet affords collectors of child pornography several different venues for obtaining, viewing and trading child pornography in a relatively secure and anonymous fashion.

13

12.    Collectors and distributors of child pornography frequently use online resources to retrieve and store child pornography, including services offered by Internet portals such as Yahoo!, and Google, as well as cloud-based online storage services such as Apple's iCloud, Dropbox, and Mega, among others. The online services allow a user to set up an account with a remote computing service that provides email services as well as electronic storage of computer files in any variety of formats. A user can set up an online storage account from any computer with access to the Internet. Evidence of such online storage of child pornography is often found on the user's computer. Even in cases where online storage is used, however, evidence of child pornography can be found on the user's computer in most cases.

13.    As is the case with most digital technology, communication by way of computer or smart phone can be saved or stored on the device used for these purposes. Storing this information can be intentional, i.e., by saving an email as a file on the computer or saving particular website locations in, for example, "bookmarked" files. Digital information, images and videos can also be retained unintentionally, e.g., traces of the path of an electronic communication may be automatically stored in many places (e.g., temporary files or ISP client software, among others). Often, a computer or smart phone will automatically save transcripts or logs of electronic communications between its user and other users that have occurred over the Internet. These logs are commonly referred to as "chat logs." Some programs allow computer users to trade images while simultaneously engaging in electronic communications with each other. This is often referred to as "chatting," or "instant messaging." Based

14

upon my training and experience, as well as conversations with other law enforcement officers and computer forensic examiners, I know that these electronic "chat logs" often have great evidentiary value in child pornography investigations, as they can record communication in transcript form, often show the date and time of such communication, and also may show the dates and times when images of child pornography were traded over the Internet. In addition to electronic communications, a computer or smart phone user's Internet activities, generally leave traces or "footprints" in the web cache and history files of the browser used. A forensic examiner often can recover evidence suggesting whether a computer contains peer-to-peer software, when the computer was sharing files, and some of the files which were uploaded or downloaded. Such information is often maintained on a computer for long periods of time until overwritten by other data.

## SEARCH AND SEIZURE OF COMPUTER SYSTEMS

14.    Based upon my training and experience, as well as conversations with other experienced law enforcement officers, I know that searches and seizures of evidence from computers and smart phones commonly require agents to download or copy information from the computers and smart phones and their components, or seize most or all computer items and smart phones (hardware, software, and related documentation) to be processed later by a qualified computer expert in a laboratory or other controlled environment. This is almost always true because of the following:

a.    Computer storage devices (e.g., hard drives, compact disks ("CDs"), diskettes, tapes, and others) can store the equivalent of millions of pages of

information. Especially when the user wants to conceal criminal evidence, he or she often stores it in random order with deceptive file names. This requires searching authorities to examine all the stored data to determine whether it is included in the warrant. This sorting process can take days or weeks, depending on the volume of data stored, and it would be generally impossible to accomplish this kind of data search on site; and

   b. Searching computer systems and smart phones for criminal evidence is a highly technical process requiring expert skill and a properly controlled environment. The vast array of hardware and software available requires even computer experts to specialize in some systems and applications, so it is difficult to know before a search which expert should analyze the system and its data. The search of a computer system or smart phone, which includes the use of data search protocols, is an exacting scientific procedure which is designed to protect the integrity of the evidence and to recover hidden, erased, compressed, password protected, or encrypted files. Since computer and smart phone evidence is extremely vulnerable to tampering or destruction (which may be caused by malicious code or normal activities of an operating system), the controlled environment of a laboratory is essential to its complete and accurate analysis. Based on my training and experience, as well as conversations with other law enforcement officers and computer forensic examiners, I know that forensic techniques can often recover files, including images and videos of child pornography, that have long been "deleted" from computer media or smart phones by the user.

## CHILD PORNOGRAPHY COLLECTOR CHARACTERISTICS

15.    Based on my experience, training, and conversations with other experienced agents who investigate cases involving the sexual exploitation of children, I know that certain common characteristics are often present in individuals who collect child pornography. I have observed and/or learned about the reliability of these commonalities and conclusions involving individuals who collect, produce and trade images of child pornography. Based upon my training and experience, and conversations with other experienced agents who investigate cases involving the sexual exploitation of children, I know that the following traits and characteristics are often present in individuals who collect child pornography:

a.    Many individuals who traffic in and trade images of child pornography also collect child pornography. Many individuals who collect child pornography have a sexual attraction to children. They receive sexual gratification and satisfaction from sexual fantasies fueled by sexually explicit depictions of children.

b.    Many individuals who collect child pornography also collect other sexually explicit materials, which may consist of photographs, magazines, motion pictures, video tapes, books, slides, computer graphics or digital or other images for their own sexual gratification. Many of these individuals also collect child erotica, which may consist of images or text that do not meet the legal definition of child pornography, but which nonetheless fuel their deviant sexual fantasies involving children.

17

c.    Many individuals who collect child pornography often seek out like-minded individuals, either in person or on the Internet, to share information and trade depictions of child pornography and child erotica as a means of gaining status, trust, acceptance, and support. This contact also helps these individuals to rationalize and validate their deviant sexual interest in children and associated behavior. The different Internet based vehicles used by such individuals to communicate with each other include, but are not limited to, Peer-to-Peer (P2P), email, email groups, bulletin boards, Internet Relay Chat Rooms (IRC), newsgroups, instant messaging, and other similar vehicles.

d.    Some individuals who collect child pornography maintain books, magazines, newspapers and other writings (which may be written by the collector), in hard copy or digital medium, on the subject of sexual activities with children as a way of understanding their own feelings toward children, justifying those feelings and finding comfort for their illicit behavior and desires. Such individuals often do not destroy these materials because of the psychological support that they provide.

e.    Some individuals who collect child pornography often collect, read, copy or maintain names, addresses (including email addresses), phone numbers, or lists of persons who have advertised or otherwise made known in publications and on the Internet that they have similar sexual interests. These contacts are maintained as a means of personal referral, exchange, or commercial profit. These names may be maintained in the original medium from which they were derived, in telephone books or notebooks, on computer storage devices, or merely on scraps of paper.

18

f.    Many individuals who collect child pornography rarely, if ever, dispose of their sexually explicit materials and may go to great lengths to conceal and protect them from discovery, theft, or damage. These individuals view their sexually explicit materials as prized and valuable materials, even as commodities to be traded with other like-minded individuals over the Internet. As such, they tend to maintain or "hoard" their visual depictions of child pornography for long periods of time in the privacy and security of their homes or other secure locations. These individuals may protect their illicit materials by passwords, encryption, and other security measures; save it on movable media such as CDs, DVDs, flash memory, thumb drives, and removable hard drives, which can be very small in size, including as small as a postage stamp, and easily secreted; or send it to third party image storage sites via the Internet. Based on my training and experience, as well as my conversations with other experienced law enforcement officers who conduct child exploitation investigations, I know that individuals who possess, receive, and/or distribute child pornography by computer devices using the Internet often maintain and/or possess the items listed in Attachments B-1 and B-2.

16.    As stated in substance above and based upon my training and experience, as well as my conversations with other experienced law enforcement officers, I know that individuals who collect and trade child pornography often do not willfully dispose of their child pornography collections, even after contact with law enforcement officials. For example, I learned from another HSI Special Agent that he conducted an investigation in 2016 in the Middle District of Florida in which the subject had his

19

residence searched in July 2016 pursuant to a state search warrant and his wireless telephone and computer tablet seized by the Jacksonville Sheriff's Office. The search of these devices revealed the subject knowingly possessed several images of child pornography. The subject retained an attorney, and both were made aware of the ongoing investigation into the subject's commission of child pornography offenses. Approximately two months later, the subject was arrested on federal child pornography charges. On the same day as the subject's arrest, HSI executed a federal search warrant and seized a wireless telephone acquired and used by the subject after the execution of the state search warrant at his residence. Subsequent forensic examination of this wireless telephone revealed that the subject had received, possessed and viewed images of child pornography numerous times on his new device after the execution of the state search warrant and before his federal arrest.

17.    Based on my training and experience, I also know that, with the development of faster Internet download speed and the growth of file-sharing networks and other platforms through which individuals may trade child pornography, some individuals also have been found to download, view, and then delete child pornography on their computers or digital devices on a cyclical and repetitive basis. However, as referenced above, evidence of such activity, including deleted child pornography, often can be located on these individuals' computers and digital devices using forensic tools. Furthermore, even in instances in which an individual engages in a cycle of downloading, viewing, and deleting images, a selection of favorite images involving a particular child or act is often maintained on the device.

18.    Based on my training and experience, I know that within the last several years, individuals who have a sexual interest in minor children have used the Internet and Internet-enabled devices with increasing frequency to contact and attempt to establish relationships with potential child victims. These individuals may perceive that the Internet provides some degree of anonymity and safety from prosecution. Because more and more children are using the Internet and Internet enabled devices, these individuals potentially expose more and more child victims to online sexual exploitation. These individuals may contact potential child victims through social networking websites such as Facebook and Twitter or may engage in online conversations with children through text messaging and email. During these online conversations, photographic images and links to Internet websites can be easily exchanged between the individual and the targeted child. Based on my training and experience, I know that when such an individual uses text messaging, email, or other websites to have online contact with children, the Internet-enabled device used, whether it is a computer, a wireless or cellular telephone, a "smart" phone, such as an "iPhone," or a tablet such as an "iPad," often saves and maintains evidence of such contacts. This evidence can often be extracted and examined by a trained forensic examiner.

19.    Content on smart phones and other wireless telephones and electronic devices can also be easily transferred with the stroke of a key to other electronic devices or backed up on cloud-based storage devices. I know from my training and experience, that individuals often back-up their digital files on one electronic device to another,

21

and that current technology permits users to read, write and transfer data between devices. I have executed search warrants where multiple electronic devices have been seized and the forensic examination has identified back-up copies of content from wireless telephones on other computer devices seized from the same residence. I have also executed search warrants where child pornography was discovered on multiple devices seized from different rooms of the same residence and purportedly primarily used by different residents within the same home.

## UNLOCKING ELECTRONIC DEVICES
## USING BIOMETRIC FEATURES

20.    I know from my training and experience, as well as publicly available materials, that encryption systems for mobile/smart phones and other electronic devices are becoming ever more widespread. Such encryption systems protect the contents of these devices from unauthorized access by users and render these contents unreadable to anyone who does not have the device's password. As device encryption becomes more commonplace, the encryption systems implemented by device manufacturers are becoming more robust, with few—if any—workarounds available to law enforcement investigators.

21.    I also know that many electronic devices, particularly newer mobile devices and laptops, offer their users the ability to unlock the device through biometric features in lieu of a numeric or alphanumeric passcode or password. These biometric features include fingerprint scanners, facial recognition features, and iris recognition

features. Some devices offer a combination of these biometric features, and the user of such devices can select which features they would like to utilize.

22.     If a device is equipped with a fingerprint scanner, a user may enable the ability to unlock the device through his or her fingerprints. Examples of such devices providing a fingerprint unlocking capability are several models of Apple's iPhone, as well as several phones, including but not limited to the Samsung Galaxy, which use the Android operating system. Apple iPhones may be fingerprint unlocked using a function called Touch ID, which during setup allows for registering as many as five fingerprints to unlock the device. Samsung's Galaxy S8 and S8+ models may be configured to be unlocked with as many as four fingerprints. In fact, the number of electronic devices providing a fingerprint unlocking capability, including both smart phones and laptops, is growing continually.

23.     If a device is equipped with a facial recognition feature, a user may enable the ability to unlock the device through his or her face. For example, this feature is available on certain Android devices and is called "Trusted Face." During the Trusted Face registration process, the user holds the device in front of his or her face. The device's front-facing camera then analyzes, and records data based upon the user's facial characteristics. The device can then be unlocked if the front-facing camera detects a face with characteristics that match those of the registered face. Facial recognition features found on devices produced by other manufacturers have different names but operate similarly to Trusted Face.

23

24.    If a device is equipped with an iris recognition feature, a user may enable the ability to unlock the device with his or her irises. For example, on certain Microsoft devices, this feature is called "Windows Hello." During the Windows Hello registration, a user registers his or her irises by holding the device in front of his or her face. The device then directs an infrared light toward the user's face and activates an infrared-sensitive camera to record data based on patterns within the user's irises. The device can then be unlocked if the infrared-sensitive camera detects the registered irises. Iris recognition features found on devices produced by other manufacturers have different names but operate similarly to Windows Hello.

25.    Based on my training and experience, I know that users of electronic devices often enable the above-mentioned biometric features because they are considered a more convenient way to unlock a device than by entering a numeric or alphanumeric passcode or password. In some instances, biometric features are considered a more secure way to protect a device's contents.

26.    Related to the above discussion regarding encryption, if a forensic examination is not conducted shortly after seizing the device while it is in an unlocked state or unlocking the device using biometric features immediately upon seizing it, law enforcement investigators may completely lose the ability to forensically examine the device, assuming the device's owner refuses to disclose the password. The passcode or password that would unlock any such device subject to search under this warrant is not known to law enforcement. Thus, law enforcement personnel may not otherwise

be able to access the data contained within the device, making the use of biometric features necessary to the execution of the search authorized by this warrant.

27.    Biometric features will not unlock a device in some circumstances even if such features are enabled. This can occur when a device has been restarted, inactive, or has not been unlocked for a certain period of time. For example, Apple devices cannot be unlocked using Touch ID when: 1) more than 48 hours has elapsed since the device was last unlocked; or 2) when the device has not been unlocked using a fingerprint for eight hours and the passcode or password has not been entered in the last six days. Similarly, certain Android devices cannot be unlocked with Trusted Face if the device has remained inactive for four hours. Biometric features from other brands carry similar restrictions. Thus, in the event law enforcement personnel encounter a locked device equipped with biometric features, the opportunity to unlock the device through a biometric feature may exist for only a short time.

28.    Due to the foregoing, if law enforcement personnel encounter a device that is subject to seizure pursuant to these warrants and may be unlocked using one of these biometric features, the warrants I am applying for would permit law enforcement personnel to: 1) press or swipe the fingers (including thumbs) of Jack Dymond LEACH, whom I have probable cause to believe is the user of the device(s), to the fingerprint scanner of the device(s); 2) hold the device(s) in front of the face of Jack Dymond LEACH and activate the facial recognition feature; and/or 3) hold the device(s) in front of the face of Jack Dymond LEACH and activate the iris recognition feature, for the purpose of attempting to unlock the device(s) in order to search the

contents as authorized by these warrants. In the event that law enforcement is unable to unlock the subject device(s) within the number of attempts permitted by the pertinent operating system, this will simply result in the device(s) requiring the entry of a password or passcode before it can be unlocked.

## BACKGROUND OF THE INVESTIGATION

29.    The investigation, described more fully below, involves individuals who have engaged in the sexual exploitation of children through an internet-based, videoconferencing and chat application ("Application A"). Based on the investigation, there is probable cause to believe that an individual who resides at Subject Location 1 and owns a business at Subject Location 2 has, among other things, used a particular account on Application A (hereinafter referred to as the "TARGET ACCOUNT") to engage or attempt to engage in the sexual exploitation of minors in violation of 18 U.S.C. §§ 1591, 1594, 2251, 2252, 2252A, and that evidence of that conduct will be found at both Subject Locations. The name of Application A and the alias used by the TARGET ACCOUNT on Application A are known to law enforcement but anonymized in this affidavit to protect operational security. HSI's investigation of others who engage in the sexual exploitation of children remains ongoing and the disclosure of the TARGET ACCOUNT's alias may alert other users who have communicated with or about the TARGET ACCOUNT, potentially provoking these users to notify others of law enforcement action, flee, and/or destroy evidence.

30.    Based on my training, experience, and review of publicly available information, I know that Application A is a software product that allows users to

26

conduct live video chats and voice calls with other users over the Internet. Application A users can also send instant messages, exchange files and images, send video messages, and conduct multi-person conference calls. Application A is available for use on personal computers, as well as smartphones, tablets, and other electronic devices. Users can sign up for an account and access Application A directly through Application A's website; alternatively, users can download the application, which allows them to access Application A from computers, tablets, cellular phones, certain televisions, and other electronic devices.

31.    To access Application A, subscribers must create an account. Application A assigns a subscriber a unique name or ID, and a subscriber can then add a display name to their account. The user can change the display name at any time. The unique name or ID, by contrast, cannot be changed by the user. Application A records IP addresses associated with user activity, including the original IP address used for the creation of the account and the IP addresses captured at the time the user logs in to Application A. Application A may preserve chat communications and media content, including videos and images exchanged in chat conversations. Whether content is stored and retained, however, is a user-driven setting—that is, the user can determine whether the content will be retained. Application A does not store or retain the content of live video transmissions.

27

## BACKGROUND ON ONLINE CHILD SEX TRAFFICKING AND EXPLOITATION VIA WEBCAM AND THE INTERNET

32.    HSI is investigating individuals who provide access to pre-produced child sexual abuse material and live-streaming online webcam shows involving the sexual abuse of children to paying customers worldwide. This growing transnational child-sexual-abuse industry includes child sex traffickers in, among other places, the Philippines, who collect viewership fees from vetted customers scattered throughout the world. Paying customers often request that these child sex traffickers provide pre-recorded depictions of minors engaging in sexually explicit conduct or sexually abuse minors in real time during private webcam interactions on a variety of streaming video services and applications, including Application A.

33.    Based on my training, experience, and information conveyed to me by other law enforcement agents involved in the investigation of live-streaming depictions of child sexual abuse, I know that it is common for such traffickers in the Philippines and elsewhere to be communicating with a large number of individuals who are paying for access to such material. I also know that it is common for the paying customers to be communicating with other traffickers—and sometimes many other traffickers—who are selling access to similar material over the Internet. These individuals often use a variety of money service businesses to pay the traffickers or associates of the traffickers for access to this material, including Western Union, WorldRemit, MoneyGram, PayPal, Xoom, and Remitly.

34. I also know that the purchasing individuals often find ways to capture the live-streamed child sexual abuse and exploitation, either by recording the live shows onto their computers or taking still photographs (including "screen captures" or "screen shots") of the abuse, which can also be stored on the individual's computer or an electronic storage device. Such individuals often also save any pre-produced child sexual abuse material the traffickers provide to their computer or an electronic device for later viewing or re-distribution.

35. HSI has identified an individual (hereinafter referred to as the "TRAFFICKER") operating a child-sex-trafficking network from the Philippines. Based on undercover activity and other investigation, HSI is aware that the TRAFFICKER did, in fact, have access to minors to sexually abuse on camera and has offered to provide access, through the TRAFFICKER's account on Application A, to visual depictions of one or more minors engaging in sexually explicit conduct in exchange for money.

## FACTS ESTABLISHING PROBABLE CAUSE

36. I make this affidavit in support of search warrants for Subject Location 1, which I believe to be currently occupied by Jack Dymond LEACH and other family members, as well as Subject Location 2, the location of Dymeng Technology Solutions Inc., a business on which LEACH is listed as the Director in state records and is listed as the CEO/founder on the company website. I have personally observed both Subject Locations, and they appear as set forth in Attachments A-1 and A-2.

29

37.    HSI is investigating the use of one or more computers, cellular/smart phones, and computer media at Subject Location 1 and Subject Location 2 to commit violations of 18 U.S.C. §§ 1591, 1594, 2251, 2252, and 2252A.

38.    During March 2025, I received information advising me that the HSI Cyber Crimes Center (C3), Child Exploitation Investigations Unit (CEIU) is supporting various HSI-led Livestream Child Sexual Abuse (LCSA) investigations, including long-term, transnational undercover operations targeting the production and distribution of child sexual exploitation via live streaming webcam shows, as well as investigating United States citizens (USC) who travel in interstate or foreign commerce for the purposes of engaging in sexual acts with minors that are prohibited under the Protect Act of 2003 (18 U.S.C. § 2423). During the week of March 10, 2025, C3, in support of several HSI Operations targeting individuals involved in LCSA conducted an operation targeting consumers of LCSA. An HSI Jacksonville Criminal Analyst participated in the operation and discovered the following information associated to an account found to be in communication with known trafficker accounts on Application A:

Comcast IP Address 73.171.195.131, geolocating to Saint Augustine, FL, was detected during Application A login attempts on January 8, 2025, and January 10, 2025.

39.    I received additional information related to the IP address above and discovered that during December 2024, an HSI Tucson Special Agent obtained a federal search warrant for Application A ID live:.cid.4f3caebd9720b6db, herein

TRAFFICKER ACCOUNT 1, and live:.cid.ce1965b4c7bfbff4, herein TRAFFICKER ACCOUNT 2, among others. Review of the information obtained as a result of the search warrant revealed communications between TRAFFICKER ACCOUNTS 1 and 2, and Application A ID live:.cid.31e8a5f8c44f680a, herein TARGET ACCOUNT, the user of is believed to reside at Subject Location 1 and is the director, founder, and CEO of the business at Subject Location 2. According to Application A records, between November 19, 2023, and March 20, 2024, the TARGET ACCOUNT and TRAFFICKER ACCOUNT 1 exchanged 1,116 messages, 28 calls, and 29 media files—only one of which is available. The following are excerpts of the communication[1]:

| Participants | Message | Sent Time (UTC) |
|---|---|---|
| Sender: live:.cid.31e8a5f8c44f680a Receiver(s): live:.cid.4f3caebd9720b6db | i cant stay long though, wife is around | 2023-11-19 21:08:18 |
| Sender: live:.cid.31e8a5f8c44f680a Receiver(s): live:.cid.4f3caebd9720b6db | i can only do paypal but i cant do it today, but some other day for sure | 2023-11-19 21:08:56 |
| Sender: live:.cid.31e8a5f8c44f680a Receiver(s): live:.cid.4f3caebd9720b6db | you have someone with you? <ss type='smile'>:)</ss> | 2023-11-20 11:30:07 |
| Sender: live:.cid.31e8a5f8c44f680a Receiver(s): live:.cid.4f3caebd9720b6db | ? | 2023-11-20 11:32:39 |

---

[1] Messages with a green background were sent by the TARGET ACCOUNT and messages with blue background refer to messages from the traffickers.

| | | |
|---|---|---|
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | anything? I like all sorts of dirty stuff haha | 2023-11-20 12:02:13 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | you're a mom right? | 2023-11-20 12:03:48 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | u have dau? ever play with her panties for someone? | 2023-11-20 12:04:20 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | howq expensive? | 2023-11-20 12:05:07 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | tell me about her | 2023-11-20 12:05:09 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | how old is she? | 2023-11-20 12:05:54 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | adn u show live on cam if price is right? | 2023-11-20 12:06:55 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | do u play with them or just quick show | 2023-11-20 12:07:36 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | price depends on what you will do with them | 2023-11-20 12:08:05 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** | for long show with you doing things 10k | 2023-11-20 12:08:58 |

| | | |
|---|---|---|
| live:.cid.4f3caebd9720b6db | | |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | when can we do it? | 2023-11-20 12:10:42 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | shes thre now | 2023-11-20 12:11:18 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | same paypal? | 2023-11-20 12:11:49 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | ok its sent 10k | 2023-11-20 12:12:35 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | give me good show of her and i'll send 5k more when done | 2023-11-20 12:18:58 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | pp block me, i need to confirm card | 2023-11-20 12:20:26 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | i sent 10 already and pp wont clear my account until tomorrow... give me quick show for the 10 I sent now, if shes good i'll pay lots more for fun | 2023-11-20 12:27:13 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | on mine they said suspicious activity and wanted me to verify credit card and id | 2023-11-20 12:51:42 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | its fine, tap the red thing it'll tell you what it needs | 2023-11-20 12:54:13 |

| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.4f3caebd9720b6db | cant right now wife is around, maybe later | 2023-11-22<br>07:00:08 |
|---|---|---|
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.4f3caebd9720b6db | they're cute, looking forward to seeing more | 2023-11-22<br>17:35:52 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.4f3caebd9720b6db | i have to leave for trip now sry, next week | 2023-11-22<br>17:37:22 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.4f3caebd9720b6db | hi, sry was out of town travelling for a few days, back now but have stuff to do with wife | 2023-11-26<br>08:21:49 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.4f3caebd9720b6db | cute pic <ss type='smile'>:)</ss> hoping to see more this week when i have time | 2023-11-26<br>08:22:02 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.4f3caebd9720b6db | sorry, can't today, wife's around | 2023-11-26<br>10:36:48 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.4f3caebd9720b6db | very cute | 2023-11-27<br>06:29:12 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.4f3caebd9720b6db | im not into boys much tho | 2023-11-27<br>06:29:19 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.4f3caebd9720b6db | what kind of show u give with them | 2023-11-27<br>06:29:29 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s): | great, sounds good | 2023-11-27<br>06:38:17 |

34

| | | |
|---|---|---|
| live:.cid.4f3caebd9720b6db | | |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | whats off limits | 2023-11-27 06:38:29 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | ok, looking forward to it tomorrow, ty | 2023-11-27 06:49:30 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | hello | 2023-11-28 06:32:36 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | just waking up and getting kids ready for school, i need another 2hr before everyone's gone | 2023-11-28 06:36:24 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | ok, but i cant right now sry wife is around, hope she'll be there in a few hours when im free | 2023-11-28 06:37:31 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | let's do show w her first then i'll do more | 2024-01-06 12:47:30 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | if this goes well i'll do a lot with you but want to make sure first | 2024-01-06 12:47:56 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | ready? | 2024-01-06 12:50:24 |
| **Sender:** live:.cid.31e8a5f8c44f680a **Receiver(s):** live:.cid.4f3caebd9720b6db | quickly pls, i just paid 40k cuz you said you could do show now | 2024-01-06 12:51:43 |

| Sender:<br>live:.cld.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cld.4f3caebd9720b6db | you told me she was awake... if shes asleep you can still spread her ass for me | 2024-01-06<br>12:53:13 |
|---|---|---|
| Sender:<br>live:.cld.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cld.4f3caebd9720b6db | always something with you... I cant do 7am, you said you could do now | 2024-01-06<br>12:56:10 |
| Sender:<br>live:.cld.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cld.4f3caebd9720b6db | dont reach out to me again | 2024-01-06<br>12:56:13 |
| Sender:<br>live:.cld.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cld.4f3caebd9720b6db | I dont care if shes crying, i paid and want a show | 2024-01-06<br>12:57:33 |
| Sender:<br>live:.cld.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cld.4f3caebd9720b6db | what I understand is that you told me you'd do a show with her now and as soon as I paid you said no.. same as always | 2024-01-06<br>12:59:26 |
| Sender:<br>live:.cld.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cld.4f3caebd9720b6db | send me vid later of her, i doubt you'll do it though | 2024-01-06<br>13:01:42 |
| Sender:<br>live:.cld.4f3caebd9720b6db<br>Receiver(s):<br>live:.cld.31e8a5f8c44f680a | when will u be ready | 2024-01-07<br>15:28:54 |
| Sender:<br>live:.cld.4f3caebd9720b6db<br>Receiver(s):<br>live:.cld.31e8a5f8c44f680a | John | 2024-01-09<br>10:34:43 |
| Sender:<br>live:.cld.4f3caebd9720b6db<br>Receiver(s):<br>live:.cld.31e8a5f8c44f680a | let's do it now | 2024-01-09<br>10:34:47 |
| Sender:<br>live:.cld.4f3caebd9720b6db<br>Receiver(s): | while she's a wake | 2024-01-09<br>10:34:52 |

| | | |
|---|---|---|
| live:.cid.31e8a5f8c44f680a | | |
| **Sender:**<br>live:.cid.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cid.4f3caebd9720b6db | send me vid | 2024-01-09<br>20:24:59 |
| **Sender:**<br>live:.cid.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cid.4f3caebd9720b6db | i cant now, people around.. send a vid, like you said you would the other day | 2024-01-09<br>20:25:35 |
| **Sender:**<br>live:.cid.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cid.4f3caebd9720b6db | you said 40 i paid 40, we never talked about 50. send vids | 2024-01-09<br>20:27:28 |
| **Sender:**<br>live:.cid.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cid.4f3caebd9720b6db | send vids for the 40k i already sent, i'm not paying any more | 2024-01-09<br>20:29:17 |
| **Sender:**<br>live:.cid.4f3caebd9720b6db<br>**Receiver(s):**<br>live:.cid.31e8a5f8c44f680a | John let's do the show now | 2024-01-09<br>22:20:04 |
| **Sender:**<br>live:.cid.4f3caebd9720b6db<br>**Receiver(s):**<br>live:.cid.31e8a5f8c44f680a | I wanted to do live show now | 2024-01-10<br>00:26:09 |
| **Sender:**<br>live:.cid.4f3caebd9720b6db<br>**Receiver(s):**<br>live:.cid.31e8a5f8c44f680a | I just forget and yes I already have videos | 2024-01-10<br>00:28:57 |
| **Sender:**<br>live:.cid.4f3caebd9720b6db<br>**Receiver(s):**<br>live:.cid.31e8a5f8c44f680a | what about I can lick her ass | 2024-01-10<br>00:29:04 |
| **Sender:**<br>live:.cid.4f3caebd9720b6db<br>**Receiver(s):**<br>live:.cid.31e8a5f8c44f680a | want me to lick her pussy on videos? | 2024-01-10<br>00:29:24 |

37

| Sender:<br>live:.cid.4f3caebd9720b6db<br>Receiver(s):<br>live:.cid.31e8a5f8c44f680a | I'll do it now and put my one finger on her pussy | 2024-01-10<br>00:29:41 |
| don't u want me to lick her pussy then ? | | 2024-01-10<br>00:30:51 |
| Sender:<br>live:.cid.4f3caebd9720b6db<br>Receiver(s):<br>live:.cid.31e8a5f8c44f680a | don't u want me to lick her pussy then ? | 2024-01-10<br>00:30:51 |

40.    According to Application A records, between November 21, 2023, and January 2, 2024, the TARGET ACCOUNT and TRAFFICKER ACCOUNT 2 exchanged 171 messages, and 3 media files—all of which were received by law enforcement. The following are excerpts of the communication:

| Participants | Message | Sent Time (UTC) |
|---|---|---|
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.ce1965b4c7bfbff4 | so how much these girls cost these days? | 2023-11-21<br>17:41:20 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.ce1965b4c7bfbff4 | i like 3y, 5y, 8y | 2023-11-21<br>17:41:44 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.ce1965b4c7bfbff4 | oh for a night? | 2023-11-21<br>17:42:18 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.ce1965b4c7bfbff4 | I like all ages <ss type='smile'>:)</ss> 3 is yngst ife fucked so far tho | 2023-11-21<br>17:44:07 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.ce1965b4c7bfbff4 | im not coming to phils again until april | 2023-11-21<br>17:44:38 |

| Sender: live:.cld.31e8a5f8c44f680a Receiver(s): live:.cld.ce1965b4c7bfbff4 | how much time you need to prepare? | 2023-11-21 17:44:45 |
|---|---|---|
| Sender: live:.cld.31e8a5f8c44f680a Receiver(s): live:.cld.ce1965b4c7bfbff4 | ok sounds good, i'll let you know later when travel plans firm up | 2023-11-21 17:46:03 |
| Sender: · live:.cld.31e8a5f8c44f680a Receiver(s): live:.cld.ce1965b4c7bfbff4 | i'll go back to cam site now | 2023-11-21 17:46:07 |
| Sender: live:.cld.ce1965b4c7bfbff4 Receiver(s): live:.cld.31e8a5f8c44f680a | Ohh I cn bring 3yrsold I knw who will I get. | 2023-11-21 21:42:37 |
| Sender: live:.cld.ce1965b4c7bfbff4 Receiver(s): live:.cld.31e8a5f8c44f680a | I cn get that age. | 2023-11-21 21:42:45 |
| Sender: live:.cld.ce1965b4c7bfbff4 Receiver(s): live:.cld.31e8a5f8c44f680a | For stay | 2023-11-21 21:42:49 |
| Sender: live:.cld.ce1965b4c7bfbff4 Receiver(s): live:.cld.31e8a5f8c44f680a | Mmmm so u like 3y lower of age? I cn get. | 2023-11-21 21:44:15 |
| Sender: live:.cld.ce1965b4c7bfbff4 Receiver(s): live:.cld.31e8a5f8c44f680a | It's ok. I can wait. I dnt need a time bb. Bfore u arrive or once u are here in Phil I'll go to province just to get em. Then meet us where hotel u wanna do. But I will contact the parents later so they knw. | 2023-11-21 21:46:04 |
| Sender: live:.cld.31e8a5f8c44f680a Receiver(s): live:.cld.ce1965b4c7bfbff4 | they look lovely | 2023-11-22 17:29:35 |
| Sender: live:.cld.31e8a5f8c44f680a Receiver(s): | think they could be fun | 2023-11-22 17:30:56 |

39

| | live:.cld.ce1965b4c7bfbff4 | | |
|---|---|---|---|
| **Sender:**<br>live:.cld.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cld.ce1965b4c7bfbff4 | will she make dirty pics or vids while we wait for april? | 2023-11-22<br>17:31:21 |
| **Sender:**<br>live:.cld.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cld.ce1965b4c7bfbff4 | sure, i'll pay for them | 2023-11-22<br>17:31:50 |
| **Sender:**<br>live:.cld.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cld.ce1965b4c7bfbff4 | yes age are good | 2023-11-22<br>17:32:04 |
| **Sender:**<br>live:.cld.ce1965b4c7bfbff4<br>**Receiver(s):**<br>live:.cld.31e8a5f8c44f680a | Ok this 1st is 4yrsold. | 2023-11-22<br>21:29:23 |
| **Sender:**<br>live:.cld.ce1965b4c7bfbff4<br>**Receiver(s):**<br>live:.cld.31e8a5f8c44f680a | *Attached here is an image depicting a minor female.*<br><br>*File name from message: processed-96730857-75b9-4b16-ab4c-7aa54ad9e7e2_ez9kcO8I.jpeg*<br>*File name of recovered media: processed-96730857-75b9-4b16-ab4c-7aa54ad9e7e2_ez9kcO8I.jpeg_fullsize_anim.jpg*<br><br>*SHA1:*<br>*80cf9637cd7dc17c830ad39ee006fca789968866*<br>*MD5: 137dccbf04d6489a97e93216a96bea90* | 2023-11-22<br>21:29:32 |
| **Sender:**<br>live:.cld.ce1965b4c7bfbff4<br>**Receiver(s):**<br>live:.cld.31e8a5f8c44f680a | The 2nd is 5yrsold | 2023-11-22<br>21:29:40 |
| **Sender:**<br>live:.cld.ce1965b4c7bfbff4<br>**Receiver(s):**<br>live:.cld.31e8a5f8c44f680a | *Attached here is an image depicting a second minor female.*<br><br>*File name from message: processed-40d2f169-b39a-43f3-86ad-1b208053286a_D6041I0C.jpeg*<br>*File name of recovered media: processed-* | 2023-11-22<br>21:29:46 |

|  | 40d2f169-b39a-43f3-86ad-1b208053286a_D6041I0C.jpeg_fullsize_anim.jpg<br><br>SHA1:<br>578ae02b432d154ce40271cf9949f42cdd21e1b9<br>MD5: 3fe03abf7f0cc9e047c20619d32a570f |  |
|---|---|---|
| **Sender:**<br>live:.cid.ce1965b4c7bfbff4<br>**Receiver(s):**<br>live:.cid.31e8a5f8c44f680a | Hope u like it. | 2023-11-22<br>21:29:53 |
| **Sender:**<br>live:.cid.ce1965b4c7bfbff4<br>**Receiver(s):**<br>live:.cid.31e8a5f8c44f680a | So ?? | 2023-11-22<br>21:31:01 |
| **Sender:**<br>live:.cid.ce1965b4c7bfbff4<br>**Receiver(s):**<br>live:.cid.31e8a5f8c44f680a | What yah think ?? | 2023-11-22<br>21:31:05 |
| **Sender:**<br>live:.cid.ce1965b4c7bfbff4<br>**Receiver(s):**<br>live:.cid.31e8a5f8c44f680a | So age are ok ?? | 2023-11-22<br>21:32:21 |
| **Sender:**<br>live:.cid.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cid.ce1965b4c7bfbff4 | hi, doing good thanks, been busy this past weekend with holidays here in usa though | 2023-11-28<br>05:03:38 |
| **Sender:**<br>live:.cid.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cid.ce1965b4c7bfbff4 | did u ask if we can do pics and vids before I get there? | 2023-11-28<br>08:20:52 |
| **Sender:**<br>live:.cid.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cid.ce1965b4c7bfbff4 | sounds good to me | 2023-11-28<br>08:23:37 |
| **Sender:**<br>live:.cid.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cid.ce1965b4c7bfbff4 | both, but especially vid, and i love to see ass <ss type='smile'>:)</ss> | 2023-11-28<br>08:28:05 |

41

| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.ce1965b4c7bfbff4 | whenever they can, and let me know how much | 2023-11-28<br>08:28:38 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.ce1965b4c7bfbff4 | yes ive done lots of times | 2023-11-28<br>08:33:05 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.ce1965b4c7bfbff4 | working right now | 2023-11-28<br>08:44:05 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.ce1965b4c7bfbff4 | yes hopefully will be around tomorrow and see u on site | 2023-11-28<br>08:52:20 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.ce1965b4c7bfbff4 | still planning on it yes (and still hoping for pics\vids, i guess how much they want for it?) | 2023-12-02<br>23:35:38 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.ce1965b4c7bfbff4 | but haven't been on site or checking skypre recently sry | 2023-12-02<br>23:35:48 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.ce1965b4c7bfbff4 | 8k for vid to include explicit shot like good spread, closeup, especially on asshole? (my fav) | 2023-12-02<br>23:58:15 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.ce1965b4c7bfbff4 | if its good like that then yes 8k for vid | 2023-12-02<br>23:58:30 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s):<br>live:.cid.ce1965b4c7bfbff4 | ok i can only to paypal tho... i can't do bank to bank or western union bc i cant hide from wife or accountant that way, has to be paypal, that ok? | 2023-12-03<br>00:04:39 |
| Sender:<br>live:.cid.31e8a5f8c44f680a<br>Receiver(s): | working now, waiting for wife to go to bed | 2023-12-03<br>00:19:28 |

| | | |
|---|---|---|
| live:.cld.ce1965b4c7bfbff4 | | |
| **Sender:** live:.cld.ce1965b4c7bfbff4 **Receiver(s):** live:.cld.31e8a5f8c44f680a | Heyy u here hru bb | 2023-12-03 00:24:28 |
| **Sender:** live:.cld.31e8a5f8c44f680a **Receiver(s):** live:.cld.ce1965b4c7bfbff4 | just checking in a bit here and there waiting for her to go to bed but she's decorating for christmas so... | 2023-12-03 00:33:42 |
| **Sender:** live:.cld.31e8a5f8c44f680a **Receiver(s):** live:.cld.ce1965b4c7bfbff4 | so cant chat much now sry <ss type='sad'>:(</ss> | 2023-12-03 00:33:52 |
| **Sender:** live:.cld.31e8a5f8c44f680a **Receiver(s):** live:.cld.ce1965b4c7bfbff4 | ty for understanding <ss type='smile'>:)</ss> | 2023-12-03 00:39:14 |
| **Sender:** live:.cld.31e8a5f8c44f680a **Receiver(s):** live:.cld.ce1965b4c7bfbff4 | kk no prob let me know when i can send payment, tyl have a nice sleep | 2023-12-03 00:48:41 |
| **Sender:** live:.cld.ce1965b4c7bfbff4 **Receiver(s):** live:.cld.31e8a5f8c44f680a | Ur snobbing me now | 2023-12-03 03:03:49 |
| **Sender:** live:.cld.ce1965b4c7bfbff4 **Receiver(s):** live:.cld.31e8a5f8c44f680a | Hope we still gonna meet wtha kids. | 2023-12-03 03:03:56 |
| **Sender:** live:.cld.ce1965b4c7bfbff4 **Receiver(s):** live:.cld.31e8a5f8c44f680a | Ohh it's ok hun. Just wondering if u still wanna meet and the vid. | 2023-12-03 03:50:12 |
| **Sender:** live:.cld.ce1965b4c7bfbff4 **Receiver(s):** live:.cld.31e8a5f8c44f680a | They are asking for 8k for nude n vids. | 2023-12-03 03:50:21 |

| | | |
|---|---|---|
| **Sender:**<br>live:.cld.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cld.ce1965b4c7bfbff4 | hi, doing better now sry i was sick for a day or two but feeling better now | 2023-12-04<br>06:21:06 |
| **Sender:**<br>live:.cld.ce1965b4c7bfbff4<br>**Receiver(s):**<br>live:.cld.31e8a5f8c44f680a | Hello hun. Hope ur doing ok. | 2023-12-04<br>06:40:00 |
| **Sender:**<br>live:.cld.ce1965b4c7bfbff4<br>**Receiver(s):**<br>live:.cld.31e8a5f8c44f680a | I was talking to the kids yesterday they said they were 3xcited to meet u. N says is he gonna gve us a chocolate I said yes he's gonna put it on ur ass hahahaha | 2023-12-04<br>21:44:10 |
| **Sender:**<br>live:.cld.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cld.ce1965b4c7bfbff4 | haha yea, that's a fun thing to do with chocolates <ss type='smile'>:)</ss> | 2023-12-05<br>08:27:25 |
| **Sender:**<br>live:.cld.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cld.ce1965b4c7bfbff4 | whats the status of the paypal for pics\vids? let me know when its ready and i can send the 8k | 2023-12-05<br>08:28:28 |
| **Sender:**<br>live:.cld.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cld.ce1965b4c7bfbff4 | i'll try to send in a bit, think they can get the vids soon? | 2023-12-05<br>08:56:09 |
| **Sender:**<br>live:.cld.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cld.ce1965b4c7bfbff4 | I can get receipt if u need | 2023-12-05<br>09:19:51 |
| **Sender:**<br>live:.cld.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cld.ce1965b4c7bfbff4 | <br>*File name from message: kylie send 8k.jpg*<br>*File name of recovered media: kylie send* | 2023-12-05<br>09:22:58 |

[2] This payment was confirmed via records received from PayPal referenced below in Paragraph 48.

| | *8k.jpg_fullsize_anim.jpg* | |
| | *SHA1:* | |
| | *17fe83b2cd3241d561993cc979d37909f28b79b0* | |
| | *MD5: b9a4af653898ed274140f64b383e1eea* | |
| **Sender:**<br>live:.cid.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cid.ce1965b4c7bfbff4 | april is the plan | 2023-12-05<br>09:51:23 |
| **Sender:**<br>live:.cid.ce1965b4c7bfbff4<br>**Receiver(s):**<br>live:.cid.31e8a5f8c44f680a | Yass I told em make a vid after he send u | 2023-12-05<br>13:03:00 |
| **Sender:**<br>live:.cid.ce1965b4c7bfbff4<br>**Receiver(s):**<br>live:.cid.31e8a5f8c44f680a | Yes pls so I can send em | 2023-12-05<br>13:20:43 |
| **Sender:**<br>live:.cid.ce1965b4c7bfbff4<br>**Receiver(s):**<br>live:.cid.31e8a5f8c44f680a | Ok I'm gonna send this to them bb. And tell em make a vidm anyways u working?? | 2023-12-05<br>13:24:01 |
| **Sender:**<br>live:.cid.ce1965b4c7bfbff4<br>**Receiver(s):**<br>live:.cid.31e8a5f8c44f680a | Good morning hun. They called me earlier they gonna make a vid this sat or Sunday coz kid. Kind a busy practicing a program on school. Is that ok ?? | 2023-12-07<br>02:45:31 |
| **Sender:**<br>live:.cid.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cid.ce1965b4c7bfbff4 | hi bb, yea sure thats fine, im busy with work and holiday party this weekend anyway so sat\sun is fine.  thanks! | 2023-12-07<br>07:24:23 |
| **Sender:**<br>live:.cid.ce1965b4c7bfbff4<br>**Receiver(s):**<br>live:.cid.31e8a5f8c44f680a | At province now I travel Monday will go later I'll be back. | 2023-12-12<br>22:15:00 |
| **Sender:**<br>live:.cid.ce1965b4c7bfbff4<br>**Receiver(s):**<br>live:.cid.31e8a5f8c44f680a | I do bla bla to the mother they said kids still busy that's why still didn't .ake it. I said gimme back the money and I'll offer to my friend (coz.my friend do naugthy things also wth her kids ) | 2023-12-12<br>22:15:52 |
| **Sender:**<br>live:.cid.ce1965b4c7bfbff4 | I'm.so pissed off they disturb me..coz I dnt want u to think I make story it's all their fault. | 2023-12-12<br>22:16:13 |

45

| | | |
|---|---|---|
| **Receiver(s):**<br>live:.cid.31e8a5f8c44f680a | | |
| **Sender:**<br>live:.cid.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cid.ce1965b4c7bfbff4 | hi, merry christmas and happy new year | 2024-01-01<br>21:23:53 |
| **Sender:**<br>live:.cid.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cid.ce1965b4c7bfbff4 | any update on your friends in the province? | 2024-01-01<br>21:24:01 |
| **Sender:**<br>live:.cid.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cid.ce1965b4c7bfbff4 | no prob, it happens, its part of paying for those kinds of services... | 2024-01-01<br>21:27:43 |
| **Sender:**<br>live:.cid.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cid.ce1965b4c7bfbff4 | win some lose some | 2024-01-01<br>21:27:48 |
| **Sender:**<br>live:.cid.31e8a5f8c44f680a<br>**Receiver(s):**<br>live:.cid.ce1965b4c7bfbff4 | dont worry about it, you dont have to pay me back, but... if you have opportunity to get pics\vids for that money (from them or someone else), send me some freebies ok? | 2024-01-01<br>21:31:31 |

41.     On January 10, 2025, an HSI Tucson Special Agent issued a summons to Application A requesting subscriber information to include the account number, service start/end date, services provided, login information including IP history, and any communication with customer service between January 1, 2015, and January 10, 2025, for the TARGET ACCOUNT, among others. Application A provided the requested information, and the following is a summary:

[Application A] ID: live:.cid.31e8a5f8c44f680a

Sign In Name: [Target Account Alias]@outlook.com

46

Name: [Target Account Alias]

Country: US

Creation Date:10/17/2023

Date of Birth: 1/1/1980

IP History

IP Address: 73.171.195.131

1/10/2025 @ 19:04:01 UTC; Service Utilized: [Application A]; Action: Login

1/10/2025 @ 17:01:46 UTC; Service Utilized: [Application A]; Action: Login

1/8/2025 @ 22:47:34 UTC; Service Utilized: [Application A]; Action: Login

1/8/2025 @ 18:19:28 UTC; Service Utilized: [Application A]; Action: Login

IP Address 107.202.61.152

1/10/2025 @ 15:44:53; Service Utilized: [Application A]; Action: Login

I conducted open-source research and confirmed that IP address 73.171.195.131 resolves to Comcast with a geo-location in Ponte Vedra, FL and IP address 107.202.61.152 resolves to AT&T with a geo-location in Saint Augustine, FL.

42.     During March 2025, an HSI Criminal Analyst (CA) conducted database checks using IP address 73.171.195.131 and discovered it was recorded during a visa application on November 12, 2023. The following is a summary of the information provided on the visa application:

Submission Date: 11/13/2023

Creation IP: 73.171.195.131

Creation Date: 11/12/2023

<u>Applicant</u>

Last Name: De Lara

First Name: Edgardo Gatbonton

Date of Birth: XX/X/1959

Gender: Male

Nationality: Philippines

Point of Contact: Valerie Grace Leach

Email: Hotmail email address for Valerie Grace Leach

Phone: 252-945-XXXX

Relation To Applicant: Child

Intended Stay Address: 156 Algeria Circle, Saint Augustine, 32095 (Subject Location 1)

43.      On March 18, 2025, I issued a summons to Application A requesting subscriber data, IP history, and any registered devices for the Application A accounts listed below since November 21, 2022. The Application A account ID below came from the account used in the chat conversations above. The other usernames and USER IDs below came from a previous summons to Application A and from research conducted by an HSI Criminal Analyst that resulted in the discovery of additional related accounts.

[Application A] Account: live:.cid.31e8a5f8c44f680a

[Application A] Usernames: jleach.dymeng; dymondjack

[Application A] User IDs: jleachdymeng; Jack Leach; jleach.dymeng

Email Accounts: [Target Account Alias]@outlook.com;

jackdleach@hotmail.com

On March 24, 2025, Application A provided the requested information. The

following is a summary:

jackdleach@hotmail.com

Creation Date: 9/22/2016

Name: Jack Leach

Country: US

DOB: 2/18/1982

Alias: jleach.dymeng

[Target Account Alias]@outlook.com

Creation Date: 10/17/2023

Mailbox Log In: 11/9/2023

dymondjack

Name: Jack Leach

Creation Date: 4/21/2016

jleach.dymeng

Sign In Name: jackdleach@hotmail.com

Name: Jack Leach

DOB: 2/18/1982

[Target Account Alias]@outlook.com

Creation Date: 10/17/2023

49

Name: [Target Account Alias]

DOB: 1/1/1980

Alias: live:.cid.31e8a5f8c44f680a ([Application A] ID)


IP History

107.202.61.152 on 3/15/2025

73.171.195.131 on 3/11/2025

73.171.195.131 on 2/26/2025

73.171.195.131 on 2/20/2025

live:.cid.31e8a5f8c44f680a

Creation Date: 10/17/2023

Sign In Name: [Target Account Alias]@outlook.com

Name: [Target Account Alias]

DOB: 1/1/1980

IP History

107.202.61.152 on 3/15/2025 @ 21:50:28

107.202.61.152 on 3/15/2025 @ 21:50:27

73.171.195.131 on 3/11/2025 @ 15:35:53

44.     I, along with the HSI Criminal Analyst (CA), subsequently conducted queries using the address of Subject Location 1 and discovered Jack Dymond LEACH resides there. Based on my investigation, Valerie Grace Leach is Jack Dymond LEACH's wife and resides with him at Subject Location 1, along with their minor

children. On or about March 23, 2025, I queried the Florida Driver and Vehicle Information Database (DAVID) and discovered LEACH provided Subject Location 1 as his residential and mailing address since July 30, 2018. Using a law enforcement database, I queried LEACH's full name and discovered he has crossed into the United States on seven occasions, with multiple flights originating from the Philippines. Additional research by the HSI CA revealed LEACH is associated to Dymeng Technology Solutions Inc. with an address at Subject Location 2. During this investigation, I queried Dymeng Technology Solutions Inc. on the Florida Division of Corporations website and discovered it is an active business at Subject Location 2 and LEACH is listed as the sole "Officer/Director." I also visited the company website for Dymeng Technology Solutions Inc. and learned that LEACH is listed as the founder/CEO of the business.

44.    On March 24, 2025, I issued a summons to Comcast requesting information related to the customer assigned IP address 73.171.195.131 on January 8, 2025, between 18:19 UTC and 22:47 UTC and on January 10, 2025, between 17:01 UTC and 19:04 UTC, which were the dates and times associated with the initial information received in this investigation regarding the TARGET ACCOUNT. On March 26, 2025, Comcast provided the requested information. The following is a summary:

Subscriber Name: Valerie Grac [sic] Leach

Service Address: 156 Alegria Cir, Saint Augustine, FL 32095

Billing Address: 156 Alegria Cir, Saint Augustine, FL 32095

51

Telephone #: 252-945-XXXX

Identified Service: Internet

Account Status: Active

45.    On March 26, 2025, I issued a summons to AT&T requesting information related to the customer assigned IP address 107.202.61.152 on January 10, 2025, at 15:44:53, which was a date and time associated with the initial information received in this investigation regarding the TARGET ACCOUNT. On March 27, 2025, AT&T provided the requested information. The following is a summary:

Account Name: Dymeng Services, Inc.

Billing Address: 410 Paseo Reyes Dr, St Augustine, FL 32095

Acct Creation: 9/20/2024

Account Status: Open

45.    On March 28, 2025, I requested a U.S. Postal Inspector (USPI) to inquire of names receiving mail at Subject Location 1. On March 31, 2025, the USPI informed me that individuals with the last name of "Leach" receive mail at Subject Location 1.

46.    On March 31, 2025, I issued a summons to AT&T requesting information related to the customer assigned IP address 107.202.61.152 on March 15, 2025, at 21:50:28 UTC, based on the information provided by Application A, referenced in Paragraph 43. On April 1, 2025, AT&T provided the requested information. The following is a summary:

Account Name: Dymeng Services, Inc.

Billing Address: 410 Paseo Reyes Dr, St Augustine, FL 32095

Acct Creation: 9/20/2024

Account Status: Open

47.    On March 31, 2025, I issued a summons to Comcast requesting information related to the customer assigned IP address 73.171.195.131 on February 20, 2025, at 13:07:33 UTC and March 11, 2025, at 15:35:53 UTC, which were the dates and times referenced in the Application A records discussed above in Paragraph 43. On April 3, 2025, Comcast provided the requested information. The following is a summary:

Subscriber Name: Valerie Grac[sic] Leach

Service Address: 156 Alegria Cir, Saint Augustine, FL 32095

Billing Address: 156 Alegria Cir, Saint Augustine, FL 32095

Telephone #: 252-945-XXXX

Identified Service: Internet

Account Status: Active

48.    On April 8, 2025, I issued a summons to PayPal requesting subscriber information related to all PayPal, Venmo, and/or Xoom transactions associated to jackdleach@hotmail.com, [Target Account Alias]@outlook.com, jleach@dymeng.com, 917-636-3807, or 725-309-2232. I selected these account identifiers based on the results of research by an HSI Criminal Analyst and return information from the summons sent to Application A during this investigation. On April 15, 2025, PayPal provided the requested information. The following is a summary:

53

Venmo

Name: Jack Leach

Username: jackdleach

Phone: 917-636-3807

Email: jleach@dymeng.com

Create Date: 1/13/2022

Device: Samsung; SM-G998U

Device ID: 596857ab-3b2d-49b0-8af8-5013f112a482

Transaction History: 99 transactions between 11/24/2022 and 4/10/2025

IP History: IP address 73.171.195.131 was recorded during 74 of the 99 transactions.

PayPal

jleach@dymeng.com

Name: Jack Leach

Address: 172 Tallow Wood Drive, Clifton Park, NY 12065

DOB: 2/18/1982

Business Name: Dymeng Services

Create Date: 10/13/2013

Status: Active

Phone: 917-636-3807

jackdleach@hotmail.com

Name: Jack Leach

Address: 156 Alegria Circle, St Augustine, FL 32095

Create Date: 8/23/2020

Status: Active

Email Addresses: jackdleach@hotmail.com; jleach@dymeng.com;

mlisa@dymeng.com; jflight@dymeng.com

Phone: 917-336-9006; 917-636-3807

Financials: Commerce Bank account number ending in 8743

[Target Account Alias]@outlook.com

Name: [Target Account Alias]

Address: 156 Alegria Cir, St Augustine, FL 32095

Create Date: 10/19/2023

Status: Active

Email Addresses: -[Target Account Alias]@outlook.com;

Email: [Target Account Alias]@outlook.com

Phone: 917-636-3807

Financials: Commerce Bank account number ending in 8743

Activities: 145 activities, to include web logins, between 10/19/2023 and 2/2/2025.

IP History:

IP address 73.171.195.131[3] was recorded during 74 activities, most recently during a log in on 2/2/2025.

IP address 107.202.61.152[4] was recorded during 20 activities, most recently during a log in on 1/29/2025.

Transaction Aggregate: Total Sent = $13,672.24; Primary Currency - $759,721.26 Philippine Pesos; $90 United States Dollars.

Transactions:

369 transactions between 10/19/2023 and 1/29/2025.

293 of the transactions involved the Philippines.

One transaction was noted as "christmas gifts" on 12/5/2023 to a PayPal account linked to a known trafficker account.

There are 8 other payments to the Philippines referencing "Christmas."

There are numerous other transactions noted as "gifts," to include one noted as "kids gifts."

Transaction Comments: The following messages were received by [Target Account Alias]@outlook.com:

2/4/2025: how are you??

2/4/2025: hii

12/28/2024: hello john can you go on [Application A] please i been messaging u

---

[3] This IP address was previously identified above as resolving to Comcast at Subject Location 1.
[4] This IP address was previously identified above as resolving to AT&T at Subject Location 2.

12/28/2024: hi hun. . what happened to u?im not on site anymore,they banned me

12/14/2024: hello it's me kaori, please help my daughter □ i send u message on [Application A]

2/5/2024: hello

1/9/2024: Hii thank you and how are u?

12/7/2023: hello

12/3/2023: john money is pending

49.    During my investigation, I concluded that LEACH is operating the TARGET ACCOUNT and its associated user name, Target Account Alias@outlook.com for the following reasons:

a.    The address of Subject Location 1 was provided by PayPal for the Target Account Alias.

b.    The phone number associated to the Target Account Alias through PayPal is the same as the number listed in other accounts with LEACH's name in it, as detailed above in Paragraph 48.

c.    The Commerce Bank account is the same for the Target Account Alias and a Hotmail email account bearing LEACH's name as detailed in Paragraph 48.

d.    Both IP addresses in this investigation come back to Subject Location 1, LEACH's residence, and Subject Location 2, LEACH's business.

50.     I have conducted surveillance at Subject Location 1 and Subject Location 2 on numerous occasions during my investigation and observed a vehicle registered to LEACH at both locations. In addition, I observed LEACH leave Subject Location 1, drive directly to Subject Location 2, exit his vehicle with what appeared to be his phone in his hand, and enter his business.

## CONCLUSION

51.     Based on the foregoing, I have probable cause to believe that one or more individuals have used and are using one or more computer devices, smart phones, and/or electronic storage media at Subject Location 1 and Subject Location 2, more fully described in Attachments A-1 and A-2, of this affidavit to, among other things, produce and attempt to produce, transport, receive, distribute, possess, and access with intent to view child pornography, and engage in or attempt to engage in sex trafficking of children. Therefore, I have probable cause to believe that one or more individuals, using the Subject Locations described above, has violated 18 U.S.C. §§ 1591, 1594, 2251, 2252, and 2252A.

52.     Accordingly, I respectfully request search warrants be issued by this Court authorizing the search and seizure of the items listed in Attachments B-1 and B-2. I also request that this Court authorize law enforcement officers to use the biometric features of Jack Dymond LEACH to access any electronic devices seized during the

search of the Subject Locations in an attempt to unlock the device(s) for the purpose of executing the search authorized by these warrants.

Benjamin J. Luedke, Special Agent
Homeland Security Investigations

Sworn and subscribed to me on this _30th_ day of April, 2025 at Jacksonville, Florida.

SAMUEL J. HOROVITZ
United States Magistrate Judge

59